**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.:  0:16-cv-61732-WPD**

SYMBOLOGY INNOVATIONS, LLC,

     Plaintiff

v.

FRESHPOINT, INC.

     Defendant.

_____

## NOTICE OF SETTLEMENT

Plaintiff SYMBOLOGY INNOVATIONS, LLC, by and through its undersigned counsel, hereby gives notice of the parties' settlement of all aspects of this matter.  The parties anticipate submitting to the Court, within the next thirty (30) days, the papers necessary to finalize this matter.

Dated:  September 6, 2016          Respectfully submitted,

                       */s/ Joel B. Rothman*
                       JOEL B. ROTHMAN
                       Florida Bar Number 98220
                       Joel.rothman@sriplaw.com
                       JEROLD I. SCHNEIDER
                       Florida Bar Number 26975
                       Jerold.schneider@sriplaw.com
                       KEVIN E. CUDLIPP
                       Florida Bar Number 112433
                       Kevin.cudlipp@sriplaw.com

                       **SCHNEIDER ROTHMAN INTELLECTUAL**
                       **PROPERTY LAW GROUP, PLLC**
                       4651 North Federal Highway
                       Boca Raton, FL  33431
                       561.404.4350 – Telephone
                       561.404.4353 – Facsimile
                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on September 6, 2016, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties listed below on the Service List

## SERVICE LIST

Edward M. Mullins
Ana Maria Barton
Astigarraga Davis Mullins & Grossman, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, FL  33131
305.372.8282 – Telephone
305.372.8202 – Facsimile
emullins@astidavis.com
bhernandez@astidavis.com
abarton@astidavis.com
*Attorneys for Defendant*

Kevin E. Caldwell
Peter J. Chassman
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX  77002
713.469.3800 – Telephone

*Co-counsel for Defendant*

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431