UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  0:16-cv-61732-WPD

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff

v.

FRESHPOINT, INC.

    Defendant.

## JOINT RESPONSE TO ORDER TO SHOW CAUSE AND JOINT MOTION FOR AN EXTENSION OF TIME TO SUBMIT DISMISSAL PAPERS

Plaintiff SYMBOLOGY INNOVATIONS, LLC and Defendant FRESHPOINT, INC., by and through undersigned counsel, hereby jointly respond to the Court's Order to Show Cause dated October 12, 2016 (Dkt. 17) and move this Court for an extension of time to submit dismissal papers, and in support state:

1. The parties have agreed in principle on a settlement and notified the court by Notice of Settlement dated September 16, 2016 (Dkt. 16) of their settlement.

2. The parties have exchanged drafts of a settlement agreement and are in the process of finalizing that agreement and obtaining signatures from the representatives of the parties.

3. The process of finalizing the settlement has taken longer than either side anticipated, and the parties are in need of additional time to conclude the settlement.

4. Until the settlement is concluded and the settlement agreement signed, the parties are not able to dismiss this case with prejudice.

5. The parties jointly request an extension of time of an additional thirty (30) days to

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

finalize the settlement agreement and file a dismissal with prejudice.

6.  This request by both parties for an extension is made in good faith to finalize the settlement agreement and is not made for purposes of delay.

7.  In the alternative, if this Court will not agree to the extension requested, the parties agree to the dismissal of this action without prejudice subject to either a further dismissal with prejudice upon completion of the settlement or reinstatement should unforeseen complications to settlement occur.

WHEREFORE, the parties respectfully request this Court grant the parties an additional time to submit dismissal papers, or grant such other relief as is just under the circumstances.

Dated: October 14, 2016                    Respectfully submitted,

| | |
|---|---|
| /s/ Joel B. Rothman | /s/ Kevin E. Caldwell |
| JOEL B. ROTHMAN | KEVIN E. CALDWELL |
| Florida Bar Number: 98220 | kcadwell@reedsmith.com |
| joel.rothman@sriplaw.com | PETER J. CHASSMAN |
| JEROLD I. SCHNEIDER | pchassman@reedsmith.com |
| Florida Bar Number: 26975 | **REED SMITH LLP** |
| jerold.schneider@sriplaw.com | 811 Main Street, Suite 1700 |
| **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC** | Houston, TX 77002 |
| 4651 North Federal Highway | 713.469.3800 – Telephone |
| Boca Raton, FL 33431 | |
| 561.404.4350 – Telephone | EDWARD M. MULLINS |
| 561.404.4353 – Facsimile | Florida Bar Number: 863920 |
| | emullins@astidavis.com |
| *Attorneys for Plaintiff Symbology Innovations, LLC* | ANA MARIA BARTON |
| | abarton@astidavis.com |
| | **ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.** |
| | 1001 Brickell Bay Drive, 9th Floor |
| | Miami, FL 33131 |
| | 305.372.8282 – Telephone |
| | 305.372.8202 – Facsimile |
| | abarton@astidavis.com |
| | *Attorneys for Defendant Freshpoint, Inc.* |

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on October 14, 2016, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF system to all parties listed below on the Service List.

                              /s/ Joel B. Rothman
                              JOEL B. ROTHMAN

## SERVICE LIST

Edward M. Mullins
Ana Maria Barton
Astigarraga Davis Mullins & Grossman, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, FL  33131
305.372.8282 – Telephone
305.372.8202 – Facsimile
emullins@astidavis.com
bhernandez@astidavis.com
abarton@astidavis.com
*Attorneys for Defendant*

Kevin E. Cadwell
Peter J. Chassman
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX  77002
713.469.3800 – Telephone
kcadwell@reedsmith.com
pchassman@reedsmith.com

*Co-counsel for Defendant*