UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  0:16-cv-61732-WPD

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff

v.

FRESHPOINT, INC.

    Defendant.

## STIPULATION OF DISMISSAL

In accordance with the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff SYMBOLOGY INNOVATIONS, LLC and Defendant FRESHPOINT, INC., by and through their undersigned attorneys, stipulate to the dismissal of all claims brought by Plaintiff in this action with prejudice, with each party bearing its own costs, attorneys' fees and expenses.

Dated:  November 8, 2016　　　　　　　　Respectfully submitted,

*/s/  Joel B. Rothman*　　　　　　　　　　*/s/  Edward M. Mulllins*
JOEL B. ROTHMAN　　　　　　　　　　　EDWARD M. MULLINS
Florida Bar Number:  98220　　　　　　　Florida Bar Number:  863920
joel.rothman@sriplaw.com　　　　　　　emullins@astidavis.com
JEROLD I. SCHNEIDER　　　　　　　　ANA MARIA BARTON
Florida Bar Number:  26975　　　　　　　abarton@astidavis.com
jerold.schneider@sriplaw.com　　　　　**ASTIGARRAGA DAVIS MULLINS &**
**SCHNEIDER ROTHMAN INTELLECTUAL**　**GROSSMAN, P.A.**
**PROPERTY LAW GROUP, PLLC**　　　1001 Brickell Bay Drive, 9th Floor
4651 North Federal Highway　　　　　　Miami, FL  33131
Boca Raton, FL  33431　　　　　　　　305.372.8282 – Telephone
561.404.4350 – Telephone　　　　　　　305.372.8202 – Facsimile
561.404.4353 – Facsimile

*Attorneys for Plaintiff Symbology Innovations,*　KEVIN E. CALDWELL
*LLC*　　　　　　　　　　　　　　　　kcadwell@reedsmith.com
　　　　　　　　　　　　　　　　　　　PETER J. CHASSMAN
　　　　　　　　　　　　　　　　　　　pchassman@reedsmith.com
　　　　　　　　　　　　　　　　　　　**REED SMITH LLP**

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

811 Main Street, Suite 1700
Houston, TX  77002
713.469.3800 – Telephone

*Attorneys for Defendant Freshpoint, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on November 8, 2016, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF system to all parties listed below on the Service List.

/s/  Joel B. Rothman
JOEL B. ROTHMAN

## SERVICE LIST

| | |
|---|---|
| Edward M. Mullins | Kevin E. Cadwell |
| Ana Maria Barton | Peter J. Chassman |
| Astigarraga Davis Mullins & Grossman, P.A. | Reed Smith LLP |
| 1001 Brickell Bay Drive, 9th Floor | 811 Main Street, Suite 1700 |
| Miami, FL  33131 | Houston, TX  77002 |
| 305.372.8282 – Telephone | 713.469.3800 – Telephone |
| 305.372.8202 – Facsimile | kcadwell@reedsmith.com |
| emullins@astidavis.com | pchassman@reedsmith.com |
| bhernandez@astidavis.com | |
| abarton@astidavis.com | *Co-counsel for Defendant* |

*Attorneys for Defendant*