UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-61732-WPD

SYMBOLOGY INNOVATIONS, LLC,

     Plaintiff,

v.

FRESHPOINT, INC.

     Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the parties' Stipulation for Dismissal (the "Stipulation") [DE 22], filed herein on November 8, 2016.  The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.     The Stipulation [DE 22] is hereby **APPROVED**;

2.     This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;

3.     The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of November, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

1129595.1